950 F.2d 723
 School District of Lancaster, Manheim Twp. Sch. Dist.,
Lampeter-Strasburg Sch. Dist., Northeastern Sch. Dist.
v.
Lake Asbestos of Quebec, Ltd., Celotex Corp., Raymark Ind.,
Inc., Union Carbide Corp., Asbestospray Corp., Sprayo-Flake
Co., Nat. Gypsum Co., Sprayed Insulation, Inc., Asbestos
Fibres Inc., Dana Corp., U.S. Gypsum, U.S. Mineral Prod.
Co., Sprayon Insulation & Acoustics, Inc., Sprayon Reasearch
Corp., Keene Corp., Worben Co., Inc., Wilkin Insulation Co., W.R.
 NO. 91-1414
 United States Court of Appeals,
Third Circuit.
 NOV 26, 1991
 
 Appeal From: E.D.Pa.,
 Kelly, J.
 
 
 1
 AFFIRMED.